IN THE EASTERN DISTRICT OF THE UNITED STATES
AT GREENEVILLE, TENNESSEE

|  |  |
|---|---|
| Lisa L. Thornburgh | Case No. 2:06-CV-81 |
| Plaintiff | |
| v. | |
| Central Intelligence Agency, ~~Yahoo! Inc.~~ ~~701 First Avenue~~ ~~Sunnyvale, CA 94089~~ ~~Tel: (408) 349-3300~~ ~~Fax: (408) 349-3301~~ | |
| Defendant | |

MOTION TO ~~ORDER~~ COMPEL ~~LING~~ PRODUCTION OF ELECTRONIC DOCUMENTS

1. Plaintiff requests the Court order YAHOO! to produce any and all electronic documents, to include emails, ISP sources, server addresses and sources where email was opened and/or accessed, correspondence related to accessing the listed accounts pertaining to the following hotmail and Yahoo! email accounts for Lisa L. Thornburgh, between the dates of May 2004 and June 2006 to the date of the request of this Order.

"Any party may serve on any other party a request (1) to produce and permit the party making the request, or someone acting on the requestor's behalf, to inspect and copy, any designated documents (including writings, drawings, graphs, charts, photographs, phonorecords, and other data compilations from which information can be obtained, translated, if necessary, by the respondent through detection devices into reasonably usable form), or to inspect and copy, test, or sample any tangible things which constitute or contain matters within the scope of Rule 26(b) and which are in the possession, custody or control of the party upon whom the request is served."

3. Plaintiff requests that the above-enumerated items related to the following YAHOO! account(s) for Lisa L. Thornburgh, to include any and all Instant

Messaging ("IM") mail and/or correspondence (to include any and all attachments):

any and all correspondence related to the ID lthor04@yahoo.com, and/or any similar derivation and/or listing under Lisa L. Thornburgh, between the dates of May 2004 until June 2006.  *elisthor03@yahoo.com*

4. Pursuant to FRCP 26(b) which states, in part the following:

"Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party, including the existence, description, nature, custody, condition, and location of any books, documents, or other tangible things and the identity and location of persons having knowledge of any discoverable matter. For good cause, the court may order discovery of any matter relevant to the subject matter involved in the action. Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence." *(including Instant Messaging)*

→ *to specifically include any and all correspondence between JBouRCS@yahoo.com, JB@yahoo.com, and GEOMATSUI@yahoo.com*

As stated in the Complaint, docket number Plaintiff has suffered ongoing email disruption/obstruction with email and has corresponded with Defendant(s) named *(parties)* in the Complaint using the YAHOO! email address and Instant Messaging ("IM") services. *and Lisa Thornburgh's yahoo.com account.*

For the above-cited reasons, Plaintiff requests the immediate relief:

1. Immediate disclosure of any and all email records to contain any and all attachments, ISP sources, etc. related to Lisa L. Thornburgh's YAHOO! account between the dates of May 2004 until June 2006 to Lisa L. Thornburgh, 234 Circle Drive # 2, Greeneville, Tennessee 37745.
2. That the Court order the Defendant to bear the costs of reproduction and copying of email correspondence and ISP sources.
3. Reasonable attorney's fees.
4. Any other relief the Court deems just.

Respectfully submitted,

*[signature]*
Lisa L. Thornburgh
Pro Se
234 Circle Drive # 2
Greeneville, Tennessee
37745

# Certificate of Service

       I hereby certify that a true and correct copy of the foregoing pleading was served on the following persons:

1. **Office of Legal Counsel**
   **Yahoo! Inc.**
   **701 First Avenue**
   **Sunnyvale, CA 94089**
   **Tel: (408) 349-3300**
   **Fax: (408) 349-3301**

2. **Office of General Counsel**
   **Central Intelligence Agency**
   **Washington, D.C. 20505**

By depositing same in the United States mail this 16th day of June, 2006.

                                                Lisa Thornburgh,
                                                Pro Se Plaintiff
                                                Greeneville, TN 37745

This 16th day of June, 2006.